United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JED M. KOHNEN,

    Plaintiff,                                  No. C 13-03893 JSW

  v.

COMMISSIONER OF SOCIAL SECURITY,       **ORDER RE CONSENT**

    Defendant.
_____/

        In cases assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. See Civil L.R. 73-1(b). Plaintiff has already indicated his consent. Defendant is hereby DIRECTED to advise the Court, no later than September 13, 2013, as to whether she consents to have a magistrate judge conduct all further proceedings in the instant action.[1] For the parties' convenience, consent forms are available at http://www.cand.uscourts.gov, in the "Forms" section. The parties are further advised that they may jointly request assignment to a specific magistrate judge.

        **IT IS SO ORDERED.**

Dated: August 26, 2013

                                                                   JEFFREY S. WHITE
                                                                   UNITED STATES DISTRICT JUDGE

---

[1] Normally, the Court would direct the parties to so inform the Court in their joint case management statement filed in connection with a case management conference. Because the instant action involves a review of an administrative record, however, a case management conference has not been scheduled.