IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JED M. KOHNEN,

    Plaintiff,　　　　　　　　　　　　　　　　Case No: C 13-3893

    v.

CAROLYN COLVIN,　　　　　　　　　　　　　　(PROPOSED) **ORDER GRANTING**

COMMISSIONER OF SOCIAL SECURITY,　　　　**SUBSTITUTION OF ATTORNEY**

    Defendant.

-----------------------------------------------------------/

    Notice is hereby given that, subject to court approval, JED M. KOHNEN substitutes KATHERINE SIEGFRIED, State Bar No. 250558, as counsel of record in place of VANESSA ONO LEONARDO.

Contact Information for New Attorney:
    Law Office of Katherine Siegfried
    1814 Franklin Street, Suite 210
    Oakland, CA 94612
    Phone: (510) 465-0018; Fax: (510) 465-0017; Email: kat@siegfriedlegal.com

I consent to the above substitution:　　DATED: 12/2/2013　　/s/JED KOHNEN (party)

I consent to being substituted:　　　　　DATED: 12/2/2013　　/s/ VANESSA LEONARDO

I consent to the above substitution:　　DATED: 12/2/2013　　/s/ KATHERINE SIEGFRIED


I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a (/s/) within this e-filed document.　　　　/s/Katherine Siegfried


    The Substitution of Attorney for Plaintiff JED M. KOHNEN is hereby approved and so ORDERED.　　By no later than January 21, 2014, Plaintiff shall file consent or declination to proceed before a Magistrate Judge of this Court.

DATED: __January 7, 2014__　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge